No. 13,097.

UNITED STATES FIDELITY AND GUARANTY COMPANY ET AL.
*v.* INDUSTRIAL COMMISSION ET AL.
(12 P. [2d] 1117)

Decided June 6, 1932.

Judgment affirmed en banc without written opinion.

Messrs. GILLETTE & CLARK, Mr. FREDERICK SASS, for plaintiffs in error.

Mr. CLARENCE L. IRELAND, Attorney General, Mr. ARTHUR L. OLSON, Assistant, Mr. GERALD W. BENNETT, for defendants in error.